IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| G. Thomas Thornton and Betty Thornton, | : | |
| | : | Civil Action 2:09-cv-585 |
| Plaintiffs | | |
| | : | Judge Economus |
| v. | | |
| | : | Magistrate Judge Abel |
| Ignazio Cangialosi, | | |
| | : | |
| Defendant | | |
| | : | |

**ORDER**

Defendant Ignazio Cangialosi's December 31, 2012 motion for an extension of time to respond to plaintiffs' motion to file an agreed judgment (doc. 55) is GRANTED. Defendant must file his response on or before January 31, 2013.

s/ Mark R. Abel
United States Magistrate Judge